IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR290 |
| vs. | ORDER |
| ANTHONY D. GORDON, | |
| Defendant. | |

This matter is before the Court on Defendant's motion for copies (Filing Nos. 64 and 65), including the docket sheet, transcript of suppression hearing, and transcript of sentencing hearing. Defendant requests a waiver of fees associated with the costs of the copies.

The Court sentenced Defendant on the Indictment in this case on June 1, 2018, (Filing Nos. 57 and 61). No appeal was timely filed. Defendant has not set forth a valid reason why copies of his docket sheet and transcripts should be provided without payment, therefore, Defendant's Motion for Copies (Filing Nos. 64 and 65) will be denied at this time. Defendant is, of course, free to request copies of these filings and to pay the costs of the same.

A sentencing transcript has not been prepared in this case and shall not be prepared without pre-payment.

THEREFORE, IT IS ORDERED that Defendant's Motion for Copies and to waive such costs [64] and [65] are denied.

Dated this 21st day of August, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge